36-8439

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

BALFOUR BEATTY CONSTRUCTION, LLC,
a Delaware limited liability corporation,

      Plaintiff,

v.                                     Case No. 2:13-cv-205-FtM-99SPC

ZURICH AMERICAN INSURANCE
COMPANY, a foreign corporation,

      Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, BALFOUR BEATTY CONSTRUCTION, LLC, hereby discloses the following pursuant to this Court's interested person order [DE 6]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- **BALFOUR BEATTY CONSTRUCTION, LLC, Plaintiff in this Declaratory action, Co-Defendant in underlying state court negligence case, Plaintiff in state court indemnity cross-claim against ROADSAFE TRAFFIC SYSTEMS**

- **Attorneys for BALFOUR BEATTY CONSTRUCTION, LLC (Restani, Dittmar & Hauser, P.A.)**

- • **Peter R. Restani, Esq.**
  - • **Eric Farmelant, Esq.**
  - • **Helen A. Hauser, Esq.**

- **ZURICH AMERICAN INSURANCE COMPANY, Defendant in this Declaratory Action and insurer for ROADSAFE TRAFFIC SYSTEMS, INC.**

- **Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY (McIntosh Sawran & Cartaya, P.A.)**
  - • **Douglas M. McIntosh, Esq.**
  - • **Tracy L. Kramer, Esq.**

- **Liberty Mutual Insurance Company (General Liability Insurance Carrier for BALFOUR BEATTY CONSTRUCTION, LLC)**

- **Allied World Assurance Company (Excess insurance carrier for BALFOUR BEATTY CONSTRUCTION LLC)**

- **Ace Property & Casualty Insurance Company (Additional insurer for ROADSAFE TRAFFIC SYSTEMS)**

- **Balfour Beatty Group Inc.**

- **ZEP CONSTRUCTION, INC., Co-Defendant in underlying state court negligence case**

- **Attorneys for Co-Defendant ZEP CONSTRUCTION, INC. (Cole, Scott & Kissane, P.A.)**

- **C.W. ROBERTS CONTRACTING, INC., Co-Defendant in underlying state court negligence case**

- **Attorneys for Defendant C.W. ROBERTS CONTRACTING, INC., (Quintairos, Prieto, Wood & Boyer, P.A.)**

- **DRMP, Inc., Co-Defendant in underlying state court negligence case**

- **Attorneys for Defendant DRMP, Inc., (Klein, Glasser, Park, Lowe & Pelstring, PL)**

- **ROADSAFE TRAFFIC SYSTEMS, Co-Defendant in underlying state court negligence case, Defendant in state court indemnity cross-claim**

- **Attorneys for Defendant ROADSAFE TRAFFIC SYSTEMS (Mitrani, Rynor, Adamsky & Toland, P.A.)**

- **ALLIED ENGINEERING & TESTING, INC., Co-Defendant in underlying state court negligence case**

- **Attorneys for Defendant ALLIED ENGINEERING & TESTING, INC., (Boyd, Richards, Parker & Colonelli, P.L.)**

- **Tonia Root, Plaintiff in underlying state court negligence case**

- **Gage Root, Plaintiff in underlying state court negligence case**

- **Attorneys for Plaintiffs in underlying state court negligence case (Kelley Uustal, PLC)**
  - **Todd R. Falzone, Esq.**

- **Judge Jerald Bagley, Miami-Dade County Court, Former Judge in underlying state court negligence case**

- **Judge Keith R. Kyle, Lee County Justice Center, Current Judge in underlying state court negligence case**

- **Magistrate Robert Crongeyer, Lee County Justice Center, Magistrate Judge in underlying state court negligence case**

2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- **Balfour Beatty PLC**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- **BALFOUR BEATTY CONSTRUCTION, LLC (Plaintiff in this declaratory action, and Plaintiff in state court indemnity cross-claim against ROADSAFE TRAFFIC SYSTEMS).**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

/s/ *Eric Farmelant*

Respectfully Submitted,

RESTANI, DITTMAR & HAUSER, P.A.
*Attorney for BALFOUR BEATTY CONST.*
201 Alhambra Circle, Suite 1050
Coral Gables, Florida 33134
305-445-4090/305-445-7728

   /s/ *Eric Farmelant*
ERIC FARMELANT
Fla. Bar No. 84161
Efarmelant@rdhlegal.com
HELEN A. HAUSER
Fla. Bar No. 353906
HHauser@rdhlegal.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the United States District Court for the Middle District of Florida and thereby electronically transmitted to counsel of record.

                                        /s/ *Eric Farmelant*
                                        ERIC FARMELANT

**SERVICE LIST**

Counsel for Zurich American Insurance Company
Douglas M. McIntosh, Esq.
Tracy L. Kramer, Esq.
McIntosh Sawran & Cartaya, P.A.
1776 East Sunrise Blvd.
PO Box 7990
Fort Lauderdale, FL 33338-7990
T: 954-765-1001
F: 954-765-1005
Email: dmmpleadings@mscesq.com
          tkramer@mscesq.com