# Balfour Beatty
## Construction

t.954.585.4000
f.954.585.4501
7901 SW 6th Court
Suite 200
Plantation, FL 33324
QB 36475 CGC005623

May 1, 2012

VIA E-MAIL AND FIRST CLASS MAIL

Zurich American Insurance Company
**Attention: Commercial GL Claims**
1400 American Lane
Schaumburg, IL 60196-1056

ACE Property & Casualty Ins. Co.
**Attention: Excess/Umbrella Liability Claims**
436 Walnut Street
Philadelphia, PA 19106

Re:   *Project: Del Prado Phase II*
      *Incident: Gage Root Incident (10-07-08)*
      *Root Lawsuit*
      *Tender of Indemnity and Defense*

Ladies and Gentlemen:

Balfour Beatty Construction was the construction manager at risk on the referenced project. We have been served with the enclosed lawsuit, which arises from this episode, about which you were notified earlier, by letter dated May 3, 2010 and July 14, 2010.

We hereby tender the lawsuit to you for defense and indemnity. We have counsel in place at this point (copied below), but we will discuss with you alternative counsel.

Please respond by May 15, 2012.

Very truly yours,
Balfour Beatty Construction

R. Steven Holt
Exec. Vice President
Div. CLO

EXHIBIT "E"

# Balfour Beatty
Construction

t.954.585.4000
f.954.585.4501
7901 SW 6th Court
Suite 200
Plantation, FL 33324
QB 35475 | CGC005623

May 3, 2010

Zurich American Insurance Company
Attention: Commercial GL Claims
1400 American Lane
Schaumburg, IL 60196-1056

ACE Property & Casualty Ins. Co.
Attention: Excess/Umbrella Liability Claims
436 Walnut Street
Philadelphia, PA 19106

Re: Your Insured – RoadSafe Traffic Systems, Inc.

Dear Claim Manager:

Enclosed is a copy of the demand letter and its attachments (including 3 discs), which Balfour Beatty Construction ("Balfour") received regarding the injury event on October 7, 2008, of then-3-year-old Gage Root. While Balfour disagrees with many of the facts as stated in this letter, it is not disputed that young Gage's injuries are serious.

Your insured, RoadSafe Traffic Systems, Inc., is, and was at the time of Gage's injury, the subcontractor on the Cape Coral, Florida, Del Prado roadway project responsible for pedestrian barricades and warnings/signage. Verbal notice of our intent to make formal demand on RoadSafe for this claim was provided to RoadSafe in a telephone meeting on April 9, 2010. This was follow by a formal demand letter on April 23, 2010. A copy of that letter is enclosed.

Per the terms of its subcontract, we continue to pursue RoadSafe's indemnification and defense of Balfour in regard to this claim. As an additional insured on RoadSafe's policy with you, as evidenced by the enclosed copy of its insurance certificate, we make similar demand upon Zurich American Insurance Company and ACE Property & Casualty Insurance Company.

We ask that you provide your response to this letter within 30 days, in order to avoid the necessity of Balfour incurring further attorney fees and costs in its defense. In doing so, please provide all information required by Fla. Stat. 627.4137(1).

Thank you.

Very truly yours,

*Sam Hanna*

Sam Hanna
Legal Affairs Manager

Enclosures

cc: Steve Holt/Balfour