UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BALFOUR BEATTY CONSTRUCTION LLC,
and CITY OF CAPE CORAL,
Plaintiffs,

                                                                                        Case No. 2:13-cv-205-FtM-38CM

v.

ZURICH AMERICAN INSURANCE COMPANY,
ROADSAFE TRAFFIC SYSTEMS, INC.,
f/k/a NES TRAFFIC SAFETY, and
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
Defendants. /

ZURICH AMERICAN INSURANCE COMPANY,
Counter Plaintiff,

v.

BALFOUR BEATTY CONSTRUCTION LLC,
and CITY OF CAPE CORAL,
Counter Defendants. /

ZURICH AMERICAN INSURANCE COMPANY,
Crossclaim Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
and ROADSAFE TRAFFIC SYSTEMS, INC.,
Crossclaim Defendants. /

ZURICH AMERICAN INSURANCE COMPANY,
Third-Party Plaintiff,

v.

TONIA ROOT, individually,
and on behalf of GAGE ROOT, a minor,
Third-Party Defendant. /

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Counter Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,
Counter Defendant. /

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
Cross Plaintiff and Third-Party Plaintiff,

v.

ROADSAFE TRAFFIC SYSTEMS, INC.,
and ROADSAFE TRAFFIC, L.P.,
Cross Defendants and Third-Party Defendants. /

## ORDER

This matter comes before the Court upon review of Defendant Zurich American Insurance Company's ("Zurich") Partially Agreed Motion to Extend the Deadlines Set Forth in the Amended Case Management and Scheduling Order (Doc. #93) filed on January 8, 2014. Zurich filed a Supplemental Partially Agreed Motion to Extend the Deadlines Set Forth in the Amended Case Management and Scheduling Order (Doc. #105) on January 29, 2014, which informs the Court that all parties agree to an extension of the deadlines in the Case Management and Scheduling Order by six months. As grounds, the parties indicate that since the Court has entered the Scheduling Order in this case, Plaintiff Balfour Beatty Construction, LLC has amended its Complaint to add the City of Cape Coral as a Plaintiff, and Roadsafe Traffic Systems, Inc. and Liberty Mutual Fire Insurance Company as Defendants. Further, Zurich has filed a Counterclaim, Cross Claim, and Third-Party Complaint naming Tonia Root, individually, and on behalf of Gage Root, a minor, as a Third-

Party Defendant. Thereafter, the new parties appeared in the case and have filed responses to the pleadings, including a motion to dismiss. Thus, the pleadings are not closed. As a result, the parties seek to extend the deadlines in this case, starting with the deadlines for disclosure of experts, by six months. Given the posture of the case, the Court finds good cause to grant the motion.[1] The new scheduling deadlines will be as follows:

| | |
|---|---|
| Disclosure of Expert Reports<br>    Plaintiff:<br>    Defendant: | <br>June 11, 2014<br>July 11, 2014 |
| Discovery Deadline | August 11, 2014 |
| Mediation | August 22, 2014 |
| Dispositive Motions, *Daubert* and *Markman* Motions | September 11, 2014 |
| Meeting *in Person* to prepare Joint Final Pretrial Statement | November 28, 2014 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, and Exhibit Lists on Approved Form) | December 12, 2014 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | December 12, 2014 |
| Final Pretrial Conference | January 9, 2015<br>9:30 AM |
| Trial Term Begins | February 2, 2015 |
| Estimated Length of Trial | 2-3 days |
| Jury/Non-Jury | Non-jury |

---

[1] The Parties also request that the Court set a deadline for the later-added parties to file their Mandatory Initial Disclosures and Certificates of Interested Persons and Corporate Disclosure Statements, as these parties were not in the case when the Court ordered they be filed initially (Docs. #5, 6). Any party who has not previously submitted their Mandatory Initial Disclosures and Certificates of Interested Persons and Corporate Disclosure Statements shall do so on or before February 14, 2014.

ACCORDINGLY, it is hereby

**ORDERED:**

(1) Defendant Zurich American Insurance Company's Partially Agreed Motion to Extend the Deadlines Set Forth in the Amended Case Management and Scheduling Order (Doc. #93) is **GRANTED**. All further directives set forth by the Court in its Case Management and Scheduling Order (Doc. #17) remain in effect. The Clerk is directed to update the deadlines on the docket.

(2) The Supplemental Partially Agreed Motion to Extend the Deadlines Set Forth in the Amended Case Management and Scheduling Order (Doc. #105) is **GRANTED**.

(3) Any party who has not previously submitted their Initial Disclosures and Certificates of Interested Persons and Corporate Disclosure Statements shall do so on or before **February 14, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of February, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record