UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BALFOUR BEATTY CONSTRUCTION, LLC and CITY OF CAPE CORAL, a Delaware limited liability corporation

    Plaintiffs,

v.	Case No: 2:13-cv-205-FtM-38CM

ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, ROADSAFE TRAFFIC SYSTEMS, INC. and TONIA ROOT,

    Defendants/Third Party Plaintiffs

TONIA ROOT and ROADSAFE TRAFFIC SYSTEMS, INC.,

    Third Party Defendants.___/

## ORDER[1]

This matter comes before the Court on the Plaintiffs/Counter Defendants, Balfour Beatty Construction, LLC and the City of Cape Coral, the Defendant/ Counter Plaintiff/ Cross Claim Plaintiff/ Third Party Plaintiff/Counter Defendant Zurich American Insurance Company, Defendant/ Cross Claim Defendant Roadsafe Traffic Systems, Inc. Defendant/Cross Claim Defendant/Counter-Plaintiff, Liberty Mutual Fire Insurance

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Company, and Third Party Defendant Tonia Root, individually and on behlaf of the minor Gage Root's Joint Agreed Motion to Abate Pending Final Settlement  (Doc. #140) filed on August 8, 2014.

The Parties collectively move the Court to stay or abate the case pending the finalized settlement agreement.  As grounds for the stay, the Parties state a settlement agreement has been reached in regard to all of the issues in this case including the underlying State Court case pending in the Twentieth Judicial Circuit Court in and for Lee County, Florida.  The Parties state they need ninety (90) days to finalize and formalize the global settlement agreement.

Due to the Notice of Settlement filed by the Parties, the Court finds good cause to grant the Motion.  However, rather than abate the case the general practice of this Court is to administratively close the case and allow the Parties time to file a final settlement agreement. M.D. Fla. Local Rule 3.08(b) (stating "[w]hen notified that a case has been settled and for purposes of administratively closing the file, the Court may order that a case be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter (or within such other period of time as the Court may specify) for the purpose of entering a stipulate form of final order of judgment; or on good cause shown, to reopen the case for further proceedings.").  Therefore, the Court will dismiss the action and administratively close the case pursuant to the Local Rules.

Accordingly, it is now

**ORDERED:**

The Plaintiffs/Counter Defendants, Balfour Beatty Construction, LLC and the City of Cape Coral, the Defendant/ Counter Plaintiff/ Cross Claim Plaintiff/ Third Party

Plaintiff/Counter Defendant Zurich American Insurance Company, Defendant/ Cross Claim Defendant Roadsafe Traffic Systems, Inc. Defendant/Cross Claim Defendant/Counter-Plaintiff, Liberty Mutual Fire Insurance Company, and Third Party Defendant Tonia Root, individually and on behalf of the minor Gage Root's Joint Agreed Motion to Abate Pending Final Settlement   (Doc. #140) is **GRANTED** as follows:

(1) This cause is **DISMISSED** subject to the right of any party, within ninety (90) days from the date of this Order, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause.  *See*, Local Rule 3.08(b).

(2) All pending motions (if any) are hereby denied as moot.

(3) The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** the case. After that ninety (90) day period, however, without further order, this dismissal shall be deemed *with prejudice*.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record